IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DONALD T. RODIE AND SUSAN E. LONDON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY AND USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CV 23-148-M-DLC-KLD<br><br>ORDER |

Defendant The Cincinnati Insurance Company ("CIC") has filed an Unopposed Motion to Appear Via Zoom or Telephone at the Preliminary Pretrial Conference (Doc. 12) set for March 19, 2024, at 11:00 a.m. in Missoula, Montana. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's Motion (Doc. 12) is GRANTED. Counsel for Defendant CIC may appear by Zoom at the Preliminary Pretrial Conference on March 19, 2024. All other counsel shall appear in-person to the Magistrate Judge's Courtroom at the time set for the Conference. The Clerk of Court will notify counsel for CIC via e-mail of the meeting ID and password in advance of the conference.

//

Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 28th day of February, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge