IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DONALD T. RODIE AND SUSAN E. LONDON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CINCINNATI INSURANCE COMPANY AND USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CR 23–148–M–DLC–KLD<br><br><br>ORDER |

Plaintiffs and Defendant USAA Casualty Insurance Company ("USAA CIC") have filed a Stipulation for Dismissal with Prejudice of Defendant USAA Casualty Insurance Company (Doc. 29). Through this Motion, Plaintiffs and USAA CIC request that the Court dismiss USAA CIC from this matter with prejudice.

Accordingly, IT IS ORDERED that Defendant USAA CIC is DISMISSED WITH PREJUDICE from this matter, with each party to bear its own costs and fees.

//

DATED this 6th day of September, 2024.

                          _____
                          Dana L. Christensen, District Judge
                          United States District Court