IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DONALD T. RODIE AND SUSAN E. LONDON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE CINCINNATI INSURANCE COMPANY,<br><br>　　　　Defendants. | CV 23–148–M–DLC–KLD<br><br><br>ORDER |

　　　Plaintiffs and Defendant The Cincinnati Insurance Company ("Cincinnati") have filed a Stipulation for Dismissal with Prejudice of Defendant Cincinnati (Doc. 31). Through this Motion, Plaintiffs and Cincinnati request that the Court dismiss Cincinnati from this matter with prejudice.

　　　Accordingly, IT IS ORDERED that Defendant Cincinnati is DISMISSED WITH PREJUDICE from this matter, with each party to bear its own costs and fees. The Clerk of Court is directed to close this matter.

　　　DATED this 12th day of September, 2024.

　　　　　　　　　　　　　　　　　　／s／ Dana L. Christensen
　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　United States District Court

1